**RESOLUTIONS**
**OF**
**THE BOARD OF DIRECTORS**
**OF**
**BAHA MAR LTD.**

Adopted June 29, 2015

WHEREAS, the Board of Directors (the "Board") of Baha Mar Ltd., a Bahamian International Business Corporation (the "Company") has reviewed the materials presented by its financial, legal, and other advisors and has held numerous discussions (including, without limitation, with management and such advisors) regarding such materials and the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses and operations; and

WHEREAS, such discussions included a full consideration of the strategic alternatives available to the Company;

NOW, it is hereby:

I.  Voluntary Petition Under the Provisions of Chapter 11 of the United States Bankruptcy Code

RESOLVED, that in the best judgment of the Board of the Company, it is desirable and in the best interests of the Company, its shareholders, creditors, and other stakeholders and parties in interest (including, without limitation, the direct and indirect subsidiaries of the Company), that the Company file or cause to be filed both (i) a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and (ii) a corresponding proceeding (the "International Co-Operation Proceeding") in the Supreme Court of The Commonwealth of The Bahamas under Part VIIA of the Companies (Winding Up Amendment) Act, 2011 ("CWUAA"), including the appointment of Northshore Mainland Services Inc., a Delaware corporation, as the foreign representative of each of the chapter 11 debtors in connection with the International Co-Operation Proceeding (the "Foreign Representative"); and

RESOLVED, that each of Thomas M. Dunlap and Whitney Thier (collectively, the "Authorised Persons"), and such other officers of the Company as the Authorised Persons shall from time to time designate, acting alone or with one or more other Authorised Persons, be, and hereby are, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time and as said Authorised Persons executing the same shall determine, and to file all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

RESOLVED, that the Authorised Persons be, and they hereby are, authorized and directed to employ the law firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank") as general bankruptcy counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations, including filing any pleadings; and, in connection therewith, the Authorised Persons are hereby authorised and directed to (i) execute appropriate retention agreements, (ii) pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and (iii) cause to be executed and filed an appropriate application for authority to retain the services of Milbank; and

RESOLVED, that the Authorised Persons be, and they hereby are, authorized and directed to employ the law firm of Glinton Sweeting O'Brien ("GSO") (i) as general Bahamian counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the CWUAA and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations, including filing any pleadings in the International Co-Operation Proceeding, and (ii) as counsel to represent and assist the Foreign Representative in carrying out its duties under the CWUAA and to take any and all actions to advance the Foreign Representative's rights and obligations, including filing any pleadings in the International Co-Operation Proceeding; and, in connection therewith, the Authorised Persons are hereby authorized and directed to (i) execute appropriate retention agreements, (ii) pay appropriate retainers prior to and immediately upon filing of the International Co-Operation Proceeding, and (iii) cause to be executed and filed an appropriate application for authority to retain the services of GSO; and

RESOLVED, that the Authorised Persons be, and they hereby are, authorised and directed to employ the law firm of Pachulski Stang Ziehl & Jones LLP ("Pachulski") as Delaware local counsel to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations, including filing any pleadings; and, in connection therewith, the Authorised Persons are hereby authorised and directed to (i) execute appropriate retention agreements, (ii) pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and (iii) cause to be executed and filed an appropriate application for authority to retain the services of Pachulski; and

RESOLVED, that the Authorised Persons be, and they hereby are, authorised and directed to employ the law firms of (i) Kobre & Kim LLP ("Kobre & Kim") as special litigation counsel to represent and assist the Company in contemplated litigation relating to the rights and remedies arising under or in connection with the various contracts concerning the design and construction of the Baha Mar development, the management of those contracts and the financial guarantees received in connection with some or all of those contracts, (such litigation including for the avoidance of doubts causes of action in tort and equity),  and to take any and all actions to advance the Company's interests, including filing any pleadings (for the avoidance of doubt including the commencement of one or more legal proceeding with respect thereto at any point from the time of this resolution onwards); and, in connection therewith and (ii) Glaser Weil Fink Howard Avchen & Shapiro LLP ("Glaser Weil") as construction counsel for related purposes to that in respect of Kobre & Kim, the Authorised Persons are hereby authorised and directed to (i) execute appropriate retention agreements, (ii) pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and (iii) cause to be executed and filed an appropriate application for authority to retain the services of Kobre & Kim and Glaser Weil; and

RESOLVED, that the Authorised Persons be, and they hereby are, authorized and directed to employ the firm of Moelis & Company LLC ("Moelis") as investment banker and financial advisor to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations; and, in connection therewith, the Authorised Persons are hereby authorised and directed to (i) execute appropriate retention agreements, (ii) pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and (iii) cause

to be executed and filed an appropriate application for authority to retain the services of Moelis; and

RESOLVED, that the Authorised Persons be, and they hereby are, authorised and directed to employ the firm of Prime Clerk LLC ("Prime Clerk") as claims and noticing agent to represent and assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance the Company's and its subsidiaries' rights and obligations; and, in connection therewith, the Authorised Persons are hereby authorised and directed to (i) execute appropriate retention agreements, (ii) pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and (iii) cause to be executed and filed an appropriate application for authority to retain the services of Prime Clerk; and

RESOLVED, that the Authorised Persons be, and they hereby are, authorised and directed to employ any other professionals as they deem necessary or appropriate in their sole discretion to assist the Company and its subsidiaries in carrying out their duties under the Bankruptcy Code and the CWUAA, as applicable, including without limitation the execution of appropriate retention agreements, payment of appropriate retainers prior to or immediately upon the filing of the chapter 11 case and/or the International Co-Operation Proceeding, the filing of appropriate applications for authority to retain the services of any other professionals as they shall in their sole discretion deem necessary or desirable; and

RESOLVED, that each of the Authorised Persons, and such other officers of the Company as the Authorised Persons shall from time to time designate, be, and each hereby is, authorised and empowered to negotiate for and obtain post-petition financing according to terms to be negotiated by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral or other similar arrangements, including, without limitation, to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements or other similar arrangements; and in connection therewith, the officers of the Company be, and each hereby is, authorized and directed to execute appropriate loan agreements, guarantees, cash collateral agreements, and related ancillary documents; and

RESOLVED, that each of the Authorised Persons, and such other officers of the Company as the Authorised Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the business of the Company; and

RESOLVED, that each of the Authorised Persons, and such other officers of the Company as the Authorised Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorised Persons, may, in the name and on behalf of the Company, use cash of the Company to fund, finance, pay, or otherwise satisfy all existing and future operations, purchases, obligations, liabilities, fees, and expenses of the

subsidiaries (both direct and indirect) of the Company occurring in the ordinary course of business or as necessary to effectuate a successful reorganization of the business of the subsidiaries of the Company; and

RESOLVED, that in connection with the chapter 11 case, each of the Authorised Persons, and such other officers of the Company as the Authorised Persons shall from time to time designate, be, and each hereby is, authorised and empowered on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any notes, guarantees, security agreements, other agreements, consents, certificates, or instruments as such person considers necessary, appropriate, desirable, or advisable to effectuate borrowings or other financial arrangements, such determination to be evidenced by such execution or taking of such action.

II.     Further Actions and Prior Actions

RESOLVED, that, each of the Authorised Persons, and such other officers of the Company as the Authorised Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorised Persons, may, in the name and on behalf of the Company, terminate the employment of any of the Company's employees, including, but not limited to, layoffs of all or substantially all of the employees, and, in accordance with local law, or as otherwise desirable by the facts and circumstances, pay or cause to be paid, severance and/or any other payments to such terminated employees and, with respect to the remaining employees, authorize incentive payments to such employees upon the completion of particular milestones; and

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorised Persons, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorised, directed, and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers shall determine in his or their sole discretion to be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein or to fully accomplish any and all actions taken in connection with the chapter 11 filing and/or International Co-Operation Proceeding contemplated thereby; and

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved, confirmed, and ratified.

[THE REMAINDER OF THIS PAGE IS LEFT INTENTIONALLY BLANK]

SECRETARY'S CERTIFICATE

The undersigned, Whitney Thier, Secretary of Baha Mar Ltd., a Bahamian International Business Corporation (the "Company"), hereby certifies on behalf of the Company, as the Secretary of the Company, and not in any individual capacity as follows:

(a)   I am an officer of the Company and, as such, I am familiar with the facts herein certified and I am duly authorised to certify the same on behalf of the Company;

(b)   Attached hereto is a true, complete, and correct copy of the Resolutions of the Board of Directors of the Company (the "Board"), duly adopted in accordance with the Company's organisational documents; and

(c)   Such resolutions have not been amended, altered, annulled, rescinded, or revoked and are in full force and effect as of the date hereof. There exists no other subsequent resolution of the Board relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 29th day of June, 2015.

..................................................

Whitney Thier