IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | ) | Case No. 15-_____ (__) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of entities holding an interest in the Debtors.

| Debtor | Name and Last Known Address or Place of Business of Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|---|
| Northshore Mainland Services Inc. | Baha Mar Operating Company Ltd. c/o 8403 Southpark Circle, Suite 670 Orlando, FL 32819 | Common Stock | 100% |
| Baha Mar Enterprises Ltd. | Baha Mar Operating Company Ltd. c/o 8403 Southpark Circle, Suite 670 Orlando, FL 32819 | Common Stock | 100% |
| Baha Mar Entertainment Ltd. | Baha Mar Operating Company Ltd. c/o 8403 Southpark Circle, Suite 670 Orlando, FL 32819 | Common Stock | 100% |
| Baha Mar Land Holdings Ltd. | Baha Mar Ltd. c/o 8403 Southpark Circle, Suite 670 Orlando, FL 32819 | Common Stock | 100% |
| Baha Mar Leasing Company Ltd. | Baha Mar Operating Company Ltd. c/o 8403 Southpark Circle, Suite 670 Orlando, FL 32819 | Common Stock | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.

| Debtor | Name and Last Known Address or Place of Business of Holder | Nature of Interest Held | Amount of Interest Held |
|---|---|---|---|
| Baha Mar Ltd. | BML Properties Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| | CSCEC (Bahamas) Ltd.<br>c/o China Construction America, Inc.<br>525 Washington Blvd. Suite 1668<br>Jersey City, New Jersey 07310 | Series A Preferred Stock | 100% |
| Baha Mar Operating Company Ltd. | Baha Mar Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| Baha Mar Properties Ltd. | Baha Mar Land Holdings Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| Baha Mar Sales Company Ltd. | Baha Mar Land Holdings Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| Baha Mar Support Services Ltd. | Baha Mar Operating Company Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| BML Properties Ltd. | BM Resorts Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| BMP Golf Ltd. | Baha Mar Land Holdings Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| BMP Three Ltd. | Baha Mar Land Holdings Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| Cable Beach Resorts Ltd. | Baha Mar Operating Company Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |
| Riviera Golf Ventures Ltd. | Baha Mar Ltd.<br>c/o 8403 Southpark Circle, Suite 670<br>Orlando, FL 32819 | Common Stock | 100% |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] | Case No. 15-_____ (__) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Thomas M. Dunlap, the undersigned authorized officer of each of the Debtors, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders of the Debtors and that such list is true and correct to the best of my knowledge, information, and belief.

Dated: June 29, 2015

*/s/ Thomas M. Dunlap*
Thomas M. Dunlap

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.