# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHSHORE MAINLAND SERVICES INC., *et al.*,[1] ) | Case No. 15-_____ (__) |
| ) | |
| Debtors. ) | (Joint Administration Requested) |

## CERTIFICATION CONCERNING CREDITOR MATRIX

Pursuant to 28 U.S.C. § 1746, I, Thomas M. Dunlap, the undersigned authorized officer of each of the Debtors, declare under penalty of perjury that I have reviewed the *Creditor Matrix* submitted herewith, pursuant to Local Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of creditors of each of the Debtors, certify and that it is true and correct to the best of my knowledge, information, and belief.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the lead Debtor's federal tax identification number, are as follows: Northshore Mainland Services Inc. (9087); Baha Mar Enterprises Ltd.; Baha Mar Entertainment Ltd.; Baha Mar Land Holdings Ltd.; Baha Mar Leasing Company Ltd.; Baha Mar Ltd.; Baha Mar Operating Company Ltd.; Baha Mar Properties Ltd.; Baha Mar Sales Company Ltd.; Baha Mar Support Services Ltd.; BML Properties Ltd.; BMP Golf Ltd.; BMP Three Ltd.; Cable Beach Resorts Ltd.; and Riviera Golf Ventures Ltd.

#4829-5611-9845v2

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any listed claims; and/or 3) a waiver of any other right or legal position of the Debtors.

Dated: June 29, 2015

_____
Thomas M. Dunlap